IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | MISC ACTION NO. |
| v. | ) | 2:10mc3488-MHT |
| | ) | (WO) |
| FEDERICO VIEYRA-GARCIA, | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

It is ORDERED that the motion for leave to comply out of time (doc. no. 8) is granted.

DONE, this the 23rd day of August, 2010.

                    /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE